[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14114
Non-Argument Calendar

_____

FILED

J.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 21, 2006
THOMAS  K. KAHN
CLERK

D. C. Docket No. 03-00558-CR-6-TWT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAFAEL GOMEZ,
a.k.a. Rafa,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(December 21, 2006)**

Before ANDERSON, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Leonard Franco, appointed counsel for Rafael Gomez on this direct criminal

appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gomez's conviction and sentence are **AFFIRMED**.